**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

LANDRY THOMAS, JR                          CIVIL ACTION NO. 25-0243

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

LOWES HOME CENTERS, LLC                    MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of objections and response thereto filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Plaintiff's Motion for Leave to Amend and Motion for Remand (Rec. Doc. 44) is **GRANTED**.  In light of Plaintiff's Amended Complaint, this matter is **REMANDED** to the 15th Judicial District Court for the Parish of Lafayette.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 8th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE